# UNITED STATES DISTRICT COURT

## District of Minnesota

Elder Roel Lopez Garcia,

Petitioner,

v.

Pamela Bondi, Markwayne Mullins, Todd M. Lyons, David Easterwood,

Respondents.

**JUDGMENT IN A CIVIL CASE**

Case Number: 26-cv-1507 (SHL/EMB)

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

In light of the information provided in 7 Federal Respondents' Status Update, the Clerk of Court is directed to enter judgment in favor of Petitioner and close this case.

Date: 3/27/2026

KATE M. FOGARTY, CLERK